**Juan C. Chavez**, OSB #136428
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-328-3982

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTAND DIVISION

| | |
|---|---|
| EDDIE SANTOS,<br><br>              Plaintiff,<br>   v.<br>NAPHCARE, INC., an Alabama corporation WASHINGTON COUNTY, a state body in the State of Oregon; PAT GARRETT, in his capacity as Sheriff of Washington County; ROBERT DAVIS, an individual; JULIE RADOSTITZ, MD., an individual; CASEY GLADNEY, an individual; RACHEL ECLEVIA, an individual; MARTHA ROJO, an individual; AIMEE ZERFAS, an individual,<br><br>              Defendants. | Case No. 3:21-cv-00131-YY<br><br>NOTICE OF WITHDRAWAL OF JUAN CHAVEZ |

**TO CLERK AND ALL COUNSEL OF RECORD:**

    Please take notice effective immediately that Juan Chavez of Oregon Justice Resource Center hereby withdraws as counsel of record for Plaintiff.

DATED: July 9, 2025.

                                                         */s/ Juan C. Chavez*
                                                         Juan C. Chavez, OSB #136428
                                                         Oregon Justice Resource Center